UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF KYRA WARNER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cv-00774-RLY-MJD |
| WELLPATH,<br>MARION COUNTY SHERIFF,<br>KRISTI KAY CARPENTER,<br>PAMELA HANSEN,<br>THERESA LYNN WISCHMEYER,<br>TROY LOVE,<br>DEVON CLARK,<br>ANTHONY BELL,<br>THOMAS JADRICH,<br>JUSTIN SCHAADT, | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

The final pretrial conference set for **OCTOBER 13, 2022 at 9:00 a.m**. will now be held <u>telephonically</u> at **11:30 a.m (Eastern).** The information needed to participate in this **telephonic** conference will be provided by a separate notification.

**SO ORDERED** this 12th day of October 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record